# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DEBRA GARVINE, | Case No. 21-CV-423 (NEB/TNL) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on June 16, 2021 (ECF No. 18), IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE and each party shall bear their own costs, expenses and attorneys' fees.

Dated: June 18, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge